**Order entered February 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00420-CR

**ISRAEL MANUEL RIOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75738-V**

### ORDER

Before the Court is the State's February 22, 2021 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/    DENNISE GARCIA
        JUSTICE
